UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CELEXA AND LEXAPRO MARKETING
AND SALES PRACTICES LITIGATION          MDL No. 2067

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On August 19, 2009, the Panel transferred two civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* ___F.Supp2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Nathaniel M. Gorton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Gorton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 19, 2009, and, with the consent of that court, assigned to the Honorable Nathaniel M. Gorton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CELEXA AND LEXAPRO MARKETING
AND SALES PRACTICES LITIGATION**                             MDL No. 2067


### SCHEDULE CTO-1 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**           **CASE CAPTION**


ILLINOIS SOUTHERN
  ILS   3   09-435           Brian Anson v. Forest Laboratories, Inc., et al.
  ILS   3   09-437           Tara Johndrow v. Forest Laboratories, Inc., et al.

MISSOURI EASTERN
  MOE  4   09-1050          Beverly Crawford, et al. v. Forest Pharmaceuticals, Inc.

NEW YORK SOUTHERN
  NYS  1   09-6136          Martha Palumbo, et al. v. Forest Laboratories, Inc., et al.