MDL 2067

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 10 2009

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEVERLY CRAWFORD, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | No. 4:09-CV-1050 (CEJ) |
| FOREST PHARMACEUTICALS, INC., ) | |
| Defendant. ) | |

### ORDER

In accordance with plaintiffs' notice of voluntary dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action without prejudice. Fed.R.Civ.P. 41(a)(1)(A)(i).

The parties shall bear their own costs.

PLEADING NO. 26

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2009.

OFFICIAL FILE COPY

IMAGED SEP 1 0 2009